

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00451-CV

———————————————

JERALD MILLER, Appellant

V.

TARRANT COUNTY SHERIFF DEPARTMENT, TARRANT COUNTY, TARRANT COUNTY DISTRICT ATTORNEY, CITY OF FORT WORTH, CITY OF FORT WORTH DEPARTMENT OF ANIMAL CONTROL, CITY OF FORT WORTH CODE COMPLIANCE, CITY OF FORT WORTH POLICE DEPARTMENT, VICTORIA MARTINEZ A/K/A ALISA MARTINEZ, AND AMBERNESS HERNANDEZ, Appellees

---

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-361706-25

---

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

## MEMORANDUM OPINION

Appellant Jerald Miller, proceeding pro se, attempts to appeal from the trial court's order denying his motion for continuance.

We have jurisdiction to consider appeals only from final judgments and from certain interlocutory orders made immediately appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001); Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (listing appealable interlocutory orders).

Because an order denying a motion for continuance is neither a final judgment nor an appealable interlocutory order, we notified Miller by letter of our concern that we lack jurisdiction over this appeal and warned that unless he or any other party filed a response showing grounds for continuing the appeal, we could dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Miller filed a response, but it does not address our jurisdictional concern.

Without a final judgment or an appealable interlocutory order, we do not have jurisdiction over the appeal. We thus dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Lehmann*, 39 S.W.3d at 195, 200; *see also In re R.B.*, No. 02-24-00531-CV, 2025 WL 285336, at *1 (Tex. App.—Fort Worth Jan. 23, 2025, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction because order being appealed was not a final judgment or an appealable interlocutory order).

/s/ Brian Walker

Brian Walker
Justice

Delivered:  October 23, 2025